BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING FOUNDATION and LACLAIRE DUFF,** | **Case No. 08-CV-7868-SJO (Shx)** |
| **Plaintiffs,** | **JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION, SUBJECT TO TERMS OF CONSENT DECREE AND FINAL ORDER; ORDER** |
| **vs.** | |
| **DAILY FAMILY TRUST; GREGORY DAILY; and YOLANDA CHAVEZ** | |
| **Defendants.** | |

///

///

///

///

///

///

///

1    All parties to this action hereby apply for and stipulate to issuance of an order

2    dismissing this action in its entirety with prejudice, subject to the terms of the consent

3    decree and final order filed by the parties.

4    So stipulated.

5

6                                          BRANCART & BRANCART

7    Dated: July 7, 2009.

8                                          /s/ Liza Cristol-Deman
                                           Liza Cristol-Deman
9                                          Attorney for Plaintiffs

10

11                                         GIBEAUT, MAHAN & BRISCOE

12   Dated: July 7, 2009.

13                                         /s/ John Mahan
                                           John Mahan
14                                         Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION**
**SUBJECT TO CONSENT DECREE; [PROPOSED] ORDER – CASE NO. 08-CV-7868-SJO (Shx)      2**

**ORDER**

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the consent decree and final order executed by the parties.

IT IS SO ORDERED.

Dated: July 7, 2009.

_____
Honorable S. James Otero
United States District Judge